IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHY SUE AND LARRY TYGART, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AM RESORTS, LLC, ATKINSON & MULLEN TRAVEL II, LLC, ATKINSON & MULLEN TRAVEL, INC., APPLE VACATIONS, and SECRETS SILVERSANDS RIVIERA CANCUN | : | NO. 11-3714 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *22nd* day of *September*, 2011, upon consideration of Defendants Apple Vacations, Atkinson & Mullen Travel II, LLC, and Atkinson & Mullen Travel, Inc.'s Motion for Summary Judgment (Docket No. 8); Defendant AM Resorts, LLC's Response and Joinder to the Motion for Summary Judgment (Docket No. 13); Plaintiffs Cathy Sue and Larry Tygart's Motion to Remand (Docket No. 14); Defendants Apple Vacations, Atkinson & Mullen Travel II, LLC, and Atkinson & Mullen Travel, Inc.'s Response in Opposition to the Motion to Remand (Docket No. 16); and Defendant AM Resorts, LLC's Response in Opposition to the Motion to Remand (Docket No. 20); it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Remand (Docket No. 14) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Docket No. 8) is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendants AM Resorts, LLC, Atkinson & Mullen Travel II, LLC, Atkinson & Mullen Travel, Inc., and Apple Vacations and against Plaintiffs Cathy Sue and Larry Tygart.

This case is **CLOSED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.